

Erika H. Rosenblum, Esq.
Email: ERosenblum@kdvlaw.com

**MEMO ENDORSED**

December 22, 2021

**VIA ECF**
District Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/21
```

      Re:    <u>Arturo Estevez v. Amity Imports Inc.
               Index No.: 21-cv-08884 (PAE)(BCM)</u>

Dear Judge Engelmayer:

      This office represents the Defendant, Amity Imports Inc. ("Defendant"), in the above-referenced matter.

      We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that the initial conference scheduled for January 3, 2022 be adjourned and all deadlines held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork for the global resolution and fully consummate the settlement, which the parties anticipate will take approximately 30 days.

      We thank Your Honor for all courtesies extended. Please do not hesitate to contact me with any questions.

                                      Respectfully submitted,
  cc: All counsel of record (via ECF)        Kaufman Dolowich & Voluck, LLP

                                      Erika Rosenblum

Application GRANTED to the extent the January 3, 2022 initial conference before Judge Moses is ADJOURNED *sine die.* SO ORDERED.

Barbara Moses
United States Magistrate Judge
December 28, 2021